STATE OF MINNESOTA

IN SUPREME COURT

A15-1239



January 27, 2016

OFFICE OF
APPELLATE COURTS

Leanda Muhonen,

                                    Relator,

vs.

New Horizon Academy and Travelers
Indemnity Company of America,

                                    Respondents,

Suburban Radiologic Consultants, UCare,
Center for Diagnostic Imaging, and Medical
Advanced Pain Specialists,

                                    Intervenors.

_____

Leanda Muhonen, Chanhassen, Minnesota, pro se.

Matthew C. Kopp, Kelly R. Rodieck & Associates, Saint Paul, Minnesota, for respondents.

_____

Considered and decided by the court without oral argument.

ORDER

Based upon all the files, records, and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed and served on July 1, 2015, be, and the same is, affirmed without opinion. *See Hoff v. Kempton*, 317 N.W.2d 361, 366 (Minn. 1982) (explaining that "[s]ummary affirmances have no precedential value because they do not commit the court to any particular point of view," doing no more than establishing the law of the case).

Dated: January 27, 2016        BY THE COURT:

_____

David L. Lillehaug
Associate Justice

2